**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO.  1:07CV394**

| | | |
|---|---|---|
| **TWO MEN AND A TRUCK INTERNATIONAL, INC., a Michigan corporation,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **Vs.** | ) ) | **PRELIMINARY INJUNCTION** |
| **CLETE, INC., a North Carolina corporation, d/b/a TRUCK AND TWO GUYS MOVING; and BRUCE HENSLEY, an individual, jointly and severally,** | ) ) ) ) ) ) | |
| **Defendants.** | ) ) ) | |

For the reasons stated in the Memorandum and Order filed contemporaneously herewith,

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion for preliminary injunctive relief is **GRANTED**;

**IT IS FURTHER ORDERED** that Defendants, their agents, servants, employees and/or representatives and all those persons who act in concert or participation with any or all of them, individually or jointly, are hereby

**IMMEDIATELY RESTRAINED AND ENJOINED** from using – whether in advertising, offering for sale, or selling of products or services – the designation "Truck and 2 Guys Moving," and any other confusingly similar mark, trade name, domain name or logo or any other word or words confusingly similar to Plaintiff's TWO MEN AND A TRUCK® service marks, trade names or logos in any manner, unless expressly authorized by Plaintiff in writing.  This injunction includes, but is not limited to, the use of the challenged designation on trucks or other vehicles to advertise, promote, or carry out Defendants' moving business.

      **IT IS FURTHER ORDERED** that Defendants' business telephone numbers, (828) 452-3051, (828) 697-7889, (828) 252-0228, (828) 712-6683 and (865) 573-4812, along with any other telephone numbers Defendants may be using in conjunction with the "Truck & 2 Guys Moving" name, shall be **IMMEDIATELY REASSIGNED** to Plaintiff so as to avoid the likelihood of confusion.

      **IT IS FURTHER ORDERED** that, within **THIRTY DAYS** from the entry of this Preliminary Injunction, Defendants are required to identify any business location at which they are using the name "Truck & 2 Guys Moving," or any other confusingly similar designations and, for each

location, account to the Court for all sales and profits derived by

Defendants, individually or jointly, while using and advertising their moving

business using the "Truck & 2 Guys Moving" trade name.

**IT IS FURTHER ORDERED** that all supplies, labels, signs, manuals

and other materials in the possession, custody and control of Defendants

which violate this Preliminary Injunction herein described, shall be

destroyed **FORTHWITH**.

**IT IS FURTHER ORDERED** that all vehicles advertising Defendants'

moving business as "Truck & 2 Guys Moving" or other confusingly similar

name, are hereby prohibited from driving on public roads until the name is

removed.

**IT IS FURTHER ORDERED** that, within **THIRTY DAYS** from the

entry of this Preliminary Injunction, Defendants shall file with the Court and

serve on Plaintiff a report in writing and under oath, setting forth in detail

the manner and form in which Defendants have complied with this

Preliminary Injunction, in accordance with 15 U.S.C. § 1116(a).

4

Signed: June 18, 2008

Lacy H. Thornburg
United States District Judge